141 So. 256

### Everett SHEPHERD et al. v. O. R. CLEMENTS.

#### 6 Div. 89.

Supreme Court of Alabama.
April 7, 1932.

■

R. DuPont Thompson and Walter S. Smith, both of Birmingham, for petitioner.

Coleman, Coleman, Spain & Stewart, of Birmingham, opposed.

See, also, Shepherd et al. v. Clements, ante, p. 1, 141 So. 255.

BOULDIN, J.

Petition of O. R. Clements for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Shepherd et al. v. Clements, 141 So. 250.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.